No. D–2229. IN RE DISBARMENT OF WALSH. Robert Othniel Walsh, of Porterville, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2230. IN RE DISBARMENT OF MENEILLY. James K. Meneilly, of Westbury, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00M48. HOLDAMPF v. CHEVRON CORP. ET AL.;

No. 00M49. WALKER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS;

No. 00M50. MARKEL ET AL. v. PAYNE, SUPERINTENDENT, WASHINGTON CORRECTIONS CENTER FOR WOMEN, PURDY, ET AL.;

No. 00M51. RICHARDSON ET AL. v. SOUTH CAROLINA SUPREME COURT ET AL.;

No. 00M52. DUSE v. COHEN, SECRETARY OF DEFENSE, ET AL.;

No. 00M53. HALL v. NEW JERSEY OFFICE OF ATTORNEY ETHICS;

No. 00M54. MCNEIL v. HAWKINS;

No. 00M55. MAZZA v. CITY OF NEW YORK ET AL.; and

No. 00M56. LEAL v. SMITH, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 128, Orig. ALASKA v. UNITED STATES. Motion of Alaska for leave to file an amended complaint granted, and the United States is allowed 30 days in which to file an answer. [For earlier order herein, see, e. g., ante, p. 941.]

No. 130, Orig. NEW HAMPSHIRE v. MAINE. Motion of Maine to dismiss the complaint set for oral argument in due course. JUSTICE SOUTER took no part in the consideration or decision of this order. [For earlier order herein, see 530 U. S. 1272.]

No. 00–121. DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY v. WALKER. C. A. 2d Cir. [Certiorari granted, ante, p. 991.] Motion for appointment of counsel granted, and it is ordered that Deborah Wolikow Loewenberg, Esq., of New City, N. Y., be appointed to serve as counsel for respondent in this case.